UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEDWIN Q. DEL ROSARIO,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>　　　　　Respondent. | NO. CV 19-0205-DSF (AGR)<br><br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice as barred by the statute of limitations.

DATED 6/4/19

　　　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge