**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEDWIN Q. DEL ROSARIO, | NO. CV 19-0205-DSF (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| WILLIAM SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice as barred by the statute of limitations.

DATED: 6/4/2019

DALE S. FISCHER
United States District Judge